Certificate Number: 05781-PAE-DE-032957046

Bankruptcy Case Number: 14-16252



05781-PAE-DE-032957046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2019, at 9:24 o'clock AM PDT, Latisha Herout completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 12, 2019         By:    /s/Allison M Geving

                              Name:  Allison M Geving

                              Title: President